UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFREY R. SMITH,

        Plaintiff,

                              CIVIL ACTION NO. 1:07CV11354 - RGS

v.

SWANSEA INVESTMENT
ASSOCIATES, LLC., et al.,

        Defendants.

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, DJ.

    The Court having been advised by counsel that the above-entitled action has settled:

    It is hereby ordered that this action be dismissed without costs and without prejudice to the right of any party, upon good cause shown, to restore this action to the docket within sixty (60) days if settlement is not consummated.

    SO ORDERED.

                                            RICHARD G. STEARNS
                                            UNITED STATES DISTRICT JUDGE

        BY:

                                            /s/ *Terri Seelye*

Dated: July 31, 2009                                   Deputy Clerk